IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          4:89cr4011-WS

TERRY EDWARD MIDDLETON,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 159) docketed December 14, 2007.  The magistrate judge recommends that the defendant's motion for modification of sentence pursuant to 28 U.S.C. § 3582(c)(2) be summarily denied.  The defendant has filed objections (doc. 161) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 159) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion for modification of sentence pursuant to 28 U.S.C. § 3582(c)(2)  (doc. 156) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   22nd   day of     January    , 2008.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE