UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                     4:89cr4011-WS

TERRY EDWARD MIDDLETON,                    4:93cv40454-WS

    Defendant.

_____

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

Before the court is the defendant's motion for reconsideration. Doc. 219. The defendant seeks reconsideration of the court's order (doc. 217) dismissing the defendant's motion to reopen and amend his original section 2255 motion. The government has not responded to the motion.

Upon review of the defendant's motion, the court finds no basis upon which to set aside its previous order and judgment. Accordingly, it is ORDERED:

The defendant's motion (doc. 219) for reconsideration is DENIED.

DONE AND ORDERED this ___3rd___ day of ___December___, 2013.

                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE